The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BEZUNESH TESFAYE AYEHU,<br><br>     Plaintiff,<br><br>  v.<br><br>KRISTI NOEM, Secretary of Homeland Security; JOSEPH B. EDLOW, Director of United States Citizenship and Immigration Services; DANIELLE LEHMAN, Director of San Francisco Asylum Office of the United States Citizenship and Immigration Services; and, PAM BONDI, Attorney General<br><br>     Defendants. | CASE NO. 2:25-cv-02276-JNW<br><br>STIPULATED MOTION TO STAY CASE AND ORDER<br><br>NOTED FOR CONSIDERATION: JANUARY 15, 2026 |

  Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for 90 days. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her asylum application. USCIS recently sent out interview notices in connection with this case for December 30, 2025 and January 27, 2026. The parties have agreed to stipulate to a 90-day stay.

STIPULATED MOTION TO STAY CASE AND ORDER
[2:25-cv-02276-JNW] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed for 90 days, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated this 15th day of January, 2026.

| LAW OFFICE OF DANIEL J. SMITH, PLLC | CHARLES NEIL FLOYD<br>United States Attorney |
|---|---|
| *s/ Aaron L. Vasey*<br>AARON L. VASEY, WSBA No. 58613<br>145 N.W. 85th Street, Suite 103<br>Seattle, WA 98117<br>Phone: 206-438-8720<br>Email: aaron@danielsmithlawoffice.com<br><br>*Attorney for Plaintiff* | *s/ Katie D. Fairchild*<br>KATIE D. FAIRCHILD, WSBA No. 47712<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: (206) 553-7970<br>Fax: 206-553-4067<br>Email: katie.fairchild@usdoj.gov<br><br>*Attorneys for Defendant*<br><br>I certify that this memorandum contains 251 words, in compliance with the Local Civil Rules. |

STIPULATED MOTION TO STAY CASE AND ORDER
[2:25-cv-02276-JNW] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

The case is stayed for 90 days. The parties shall submit a status update on or before 90 days from the date of this Order. It is so **ORDERED**.

Dated this 16th day of January, 2026.

_____
JAMAL N. WHITEHEAD
United States District Judge

STPULATED MOTION TO STAY CASE AND ORDER
[2:25-cv-02276-JNW] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970