The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BEZUNESH TESFAYE AYEHU,

                Plaintiff,

       v.

MARKWAYNE MULLIN[1], Secretary of
Homeland Security; JOSEPH B. EDLOW,
Director of United States Citizenship and
Immigration Services; DANIELLE LEHMAN,
Director of San Francisco Asylum Office of
the United States Citizenship and Immigration
Services; and, Todd Blanche[2], Acting Attorney
General

                Defendants.

CASE NO.  2:25-cv-02276-JNW

STIPULATED MOTION TO STAY CASE
AND ORDER

NOTED FOR CONSIDERATION:
APRIL 9, 2026

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule

of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to

stay these proceedings for 90 days. Plaintiff brought this litigation pursuant to the Administrative

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Federal Respondents substitute Department of Homeland Security Secretary Markwayne Mullin for Kristi Noem.
[2] Pursuant to Fed. R. Civ. P. 25(d), Federal Respondents substitute Acting Attorney General Todd Blanche for Pamela Bondi.

STIPULATED MOTION TO STAY CASE AND ORDER
[2:25-cv-02276-JNW] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her asylum application.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

USCIS sent out interview notices in connection with this case for December 30, 2025 and January 27, 2026, and the parties previously agreed to stipulate to a 90-day stay. At the time, a December 2, 2025 Policy Memorandum, PM-602-0192, available online at https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf, had resulted in a hold on adjudicating asylum applications. However, USCIS issued an alert on March 30, 2026, lifting its hold on "asylum applications from non high-risk countries." *See Update on USCIS' Strengthened Screening and Vetting*, available at https://www.uscis.gov/newsroom/alerts/update-on-uscis-strengthened-screening-and-vetting (last visited April 1, 2026). As a result of this recent alert, USCIS reasonably anticipates that it will be able to start adjudicating certain I-589 applications within the next few weeks.

With additional time, the claims in this litigation may be resolved without the need for further judicial intervention. Once the application at issue is adjudicated, Plaintiff will voluntarily dismiss this case. Accordingly, the parties respectfully request that there is good cause for the instant action be stayed for 90 days. The parties will submit a joint status report on or before the end of this period.

STIPULATED MOTION TO STAY CASE AND ORDER
[2:25-cv-02276-JNW] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

Dated this 9th day of April, 2026.

LAW OFFICE OF DANIEL J. SMITH, PLLC

s/ Aaron Vasey
AARON L. VASEY, WSBA No. 58613
145 N.W. 85th Street, Suite 103
Seattle, WA 98117
Phone: 206-438-8720
Email: aaron@danielsmithlawoffice.com

*Attorney for Plaintiff*

s/ Katie D. Fairchild
KATIE D. FAIRCHILD, WSBA No. 47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax: 206-553-4067
Email:  katie.fairchild@usdoj.gov

*Attorneys for Defendant*

I certify that this memorandum contains 314 words, in compliance with the Local Civil Rules.

STIPULATED MOTION TO STAY CASE AND ORDER
[2:25-cv-02276-JNW] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

The case is stayed for 90 days.  The parties shall submit a status update on or before 90 days from the date of this Order.  It is so **ORDERED**.

Dated this 10th day of April, 2026.

_____
JAMAL N. WHITEHEAD
United States District Judge

STIPULATED MOTION TO STAY CASE AND ORDER
[2:25-cv-02276-JNW] - 4

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970